FILED: March 16, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2442
(1:14-cv-00402-CMH-TCB)
_____

UNITED STATES EX REL. ROBERT C. SEARLE

      Plaintiff - Appellant

v.

DRS C3 & AVIATION COMPANY; THE TOLLIVER GROUP, INC.

      Defendants - Appellees

and

DRS TECHNICAL SERVICES, INC.

      Defendant

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Appendix due: 04/11/2016

    Opening brief due: 04/11/2016

Response brief due: 05/13/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>
